CHAMBERS OF

**JOSEPH A. GREENAWAY, JR.**

JUDGE

Martin Luther King Jr
Courthouse
P.O. Box 999
Newark, New Jersey 07101-0999

## SELF INITIATED
## AMENDMENT

May 24, 2006

RECEIVED
2006 MAY 31 A 10: 57
FINANCIAL
DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sir/Madame:

     Upon recent review of my brokerage statement, I realized that I erroneously omitted Yum! Brands stock from Part VII of my annual financial disclosure report. Yum! Brands was a spin off from Pepsi, which I do list on my report. The value code for Yum! Brands is J. If you have any questions, please do not hesitate to contact me.

Sincerely,



Joseph A. Greenaway, Jr.
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### (973) 622-4828

CHAMBERS OF

**JOSEPH A. GREENAWAY, JR.**

JUDGE

Martin Luther King Jr
Courthouse
P.O. Box 999
Newark, New Jersey 07101-0999

May 8, 2006



SELF INITIATED AMENDMENT

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Sir/Madame:

Due to the allocation of income over two years, I need to revise Part III.A., line 1 on my 2004 annual financial disclosure report from $22,981.47 to $23,710.47. If you have any questions, please do not hesitate to contact me.



AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Greenaway, Jr., Joseph A | 2. Court or Organization  U.S. District Court New Jersey | 3. Date of Report  5/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  MLK Federal Courthouse  50 Walnut Street  Newark. NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Columbia College Black Alumni Council |
| 2. Advisor | Columbia University's Alumni of Color Outreach (Mentoring Program) |
| 3. Associate Editor | ABA Litigation Magazine |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. 95-96 | Johnson & Johnson Pension Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 5/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Rutgers School of Law - teaching spring, summer and fall semesters | $ 24.299.78 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | self-employed legal consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | January 6-8, 2005, Key Biscayne, FL (transportation, lodging, meals) |
| 2. Cardozo School of Law | September 28, 2005, New York, NY (transportation) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 5/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Magyar Savings Bank | Line of Credit | M |
| 2. Chase | Line of Credit | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express common stock | A | Dividend | J | T | | | | | |
| 2. Coca-Cola common stock | A | Dividend | K | T | | | | | |
| 3. Merck common stock | A | Dividend | J | T | Buy | 5/18 | J | | |
| 4. Microsoft common stock | A | Dividend | L | T | Buy | 5/16 | J | | |
| 5. McDonalds common stock | A | Dividend | J | T | | | | | |
| 6. Johnson & Johnson common stock | D | Dividend | O | T | | | | | |
| 7. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 8. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 9. Disney common stock | A | Dividend | J | T | | | | | |
| 10. Intel common stock | A | Dividend | J | T | | | | | |
| 11. Pepsi common stock | A | Dividend | J | T | | | | | |
| 12. Johson & Johnson 401(k) | A | Interest | N | T | | | | | |
| 13. Siemens 401(k) | A | Interest | O | T | | | | | |
| 14. Nextel common stock | A | Dividend | J | T | | | | | |
| 15. AT&T common stock | A | Dividend | J | T | | | | | |
| 16. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 17. Federal Home Loan Mortgage zero coupons | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dell Computers common stock | A | Dividend | J | T | | | | | |
| 19. AT&T Wireless common stock | A | Dividend | J | T | | | | | |
| 20. GE common stock | | | J | T | Buy | 5/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A | 5/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                      Date _5-11-06_

NOTE:                                           IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544